UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIMOTHY M. KIRKLAND,**

    **Petitioner,**

v.                                                 Case No. 5:24-cv-77-TKW-MJF

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19) and Petitioner's objections (Doc. 20). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition should be dismissed because it is time-barred.

The Court did not overlook Petitioner's argument that his petition was timely because only 318 days of the one-year AEDPA clock had elapsed when he filed his petition—284 days before he filed a state postconviction motion under Fla. R. Crim. P. 3.850 and 34 days after the appellate court's mandate affirming the summary denial of that motion. However, that argument is unpersuasive because, as the

magistrate judge explained, a state postconviction motion that is rejected as untimely (as was the case with the only issue in Petitioner's motion that was potentially cognizable under Rule 3.850) does not toll the AEDPA clock. *See* Doc. 19 at 7-8 (citing cases). Thus, even Petitioner's December 2021 judgment was a "new judgment" for purposes of §2254, his habeas petition (filed in April 2024) was untimely because the one-year AEDPA clock was not tolled by the state postconviction proceedings related to that judgment and expired in January 2023.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference into this Order.

2. Respondent's motion to dismiss (Doc. 13) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1), challenging Petitioner's judgment and sentence in Bay County Circuit Court Case No. 1983-CF-498, is **DISMISSED with prejudice** as time-barred.

4. A certificate of appealability is **DENIED**.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of September, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**